JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| HALO COUTURE, LLC, a California limited liability company,<br><br>    Plaintiff,<br><br>    v.<br><br>HALO INC LIMITED, a United Kingdom company d/b/a Halo Hair Extensions, and DOES 1-10, inclusive,<br><br>    Defendants. | Case No. 5:14-cv-02366-VAP-KK<br><br>Hon. Virginia A. Phillips<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL<br><br>Complaint Filed: November 17, 2014 |

    The Court, having reviewed the Joint Request to Dismiss, as submitted by and between Plaintiff Halo Couture, LLC ("Plaintiff") and Defendant Halo Inc Limited ("Defendant"), hereby GRANTS the Joint Request to Dismiss.

    It is hereby ORDERED, ADJUDGED AND DECREED that:
all claims and potential claims Plaintiff has or may have against Defendant that were or could have been asserted are hereby DISMISSED WITH PREJUDICE;

and each party shall bear its own costs and attorney fees.

IT IS SO ORDERED.

Dated: February 4, 2015      By:_____
Hon. Virginia A. Phillips

United States District Judge

**Submitted by:**

Jeffrey G. Sheldon (SBN 67516)
jsheldon@leechtishman.com
Katherine M. Bond (SBN 263020)
kbond@leechtishman.com
**LEECH TISHMAN FUSCALDO & LAMPL**
100 East Corson Street, Third Floor
Pasadena, California  91103-3842
Telephone: (626) 796-4000
Facsimile: (626) 795-6321

*Attorneys for Plaintiff*
Halo Couture, LLC

Rebecca E. McDougall (DC Bar No. 496796)
rmcdougall@milesstockbridge.com
MILES & STOCKBRIDGE, P.C.
1667 K Street, NW, Suite 800
Washington, DC 20006

Attorneys for Defendant
Halo Inc Limited